STATE OF NEW JERSEY v. NICHOLAS STEFANELLI.

June 1, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. JESSIE JAMES GRIER.

June 1, 1977. Petition for certification denied.

SPORT CLUB PORTUGUES v. IGLESIA de DIOS.

June 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. PAUL WILLIAMS.

June 1, 1977. Petition for certification denied.

V. PETRILLO & SON, INC. v.
AMERICAN CONSTRUCTION CO.

June 1, 1977. Petition for certification denied. (See 148 *N. J. Super.* 1)

STATE OF NEW JERSEY v. BRADLEY J. KREICHMAN.

June 1, 1977. Petition for certification denied.